IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-02959-RBJ-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 8, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                      *Counsel:*

JOSEPH GALBREATH,                   David Michael Larson

      Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE,      Joseph J. Lico
INCORPORATED,

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 9:41 a.m.**
Court calls case. Appearances of counsel.

The court informs the parties to put together a conference call to Judge Jackson's chambers (303.844.4694) on Monday, **February 11, 2013** in order to obtain trial dates.

Mr. Larson informs the court that he feels that Mr. Lico is withholding addresses and telephone numbers. Mr. Lico informs the court that this is not the case and that he is currently working on getting that information disclosed. The court advises the parties that they can either negotiate a protective order among themselves or ask the court to enter an order (under Rule 26(c) seeking relief from the court). Discussion regarding Rule 37 and the plaintiff's Stipulated MOTION for Protective Order re Confidentiality (Docket No. 14, filed o 1/28/2013). Discussion between the court and Mr. Lico regarding seeking relief from the court under Rule 26(c) and meeting the burden of Rule 26(c).

**ORDERED: By noon on February 12, 2013**, Mr. Lico shall either file his motion or provide Mr. Larson with the information requested.

Discussion between the court and the parties regarding Rule 26(a), providing a privilege log, Rule 30(b)(6) noticing, and Local Rule 7.1(a).

Further discussion regarding the plaintiff's Stipulated MOTION for Protective Order re Confidentiality (Docket No. 14, filed on 1/28/2013) and Rule 26(g).

**ORDERED:** The court **GRANTS** the plaintiff's Stipulated MOTION for Protective Order re Confidentiality (Docket No. 14, filed o 1/28/2013).

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:   **March 22, 2013**

Discovery Cut-off:   **May 8, 2013**

Dispositive Motions deadline:   **June 7, 2013**

Parties shall designate affirmative experts **on or before March 29, 2013**

Parties shall designate rebuttal experts **on or before April 12, 2013**

Each side shall be limited to two (2) expert witnesses (including any rebuttal experts), absent leave

of court.

Each side shall be limited to seven (7) depositions (including experts), absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than April 5, 2013**.

**A SETTLEMENT CONFERENCE was not set**.

**FINAL PRETRIAL CONFERENCE** is set for **August 5, 2013 at 9:15 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a two (2) day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.

**Court in recess:**     **10:05 a.m.**
Total time in court:     00:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.